**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Linda R.

Plaintiff,

v.

Frank Bisignano,
*Commissioner of Social Security*,

Defendant.

Case No. 25-cv-4725 (DJF)

**ORDER**

---

This matter is before the Court on Plaintiff's *Application for Attorneys' Fees Under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Uncontested)* ("Application") (ECF No. 27). Pursuant to the parties' Stipulation (ECF No. 22), the Court issued an Order reversing and remanding the Commissioner's decision on September 3, 2026 (ECF No. 23), and Plaintiff's Application is unopposed (ECF No. 27 ¶ 6). The parties have agreed to an award of $7,500.00 in attorney's fees to Plaintiff Linda R.[1] under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). (*Id.*)

Based on the parties' agreement, Plaintiff's Application and supporting documents (ECF Nos. 27-1, 27-2, 27-3), and the entire record, the Court **GRANTS** the Application. The Government shall pay Plaintiff $7,500.00 in attorney's fees. In accordance with *Astrue v. Ratliff,* 560 U.S. 586 (2010), the EAJA fees may be subject to offset to satisfy any preexisting debt Plaintiff may owe the United States. If, after receiving the Court's EAJA fee order, the Commissioner: (1) determines Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-Assignment Act,

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

then the EAJA fees will be made payable to Plaintiff's attorney, **Ethan C. Johnson of the Reitan Law Office.** However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by check made out to Plaintiff.

Any checks issued for payment (regardless of whether the check is made out to Plaintiff or to Plaintiff's attorney), shall be delivered to Plaintiff's attorney at **Ethan C. Johnson, Reitan Law Office, 80 S. 8th Street, Suite 900, Minneapolis, MN 55402**.

**IT IS SO ORDERED.**

Dated: November 25, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge